ACCEPTED
04-15-00640-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/22/2015 5:13:36 PM
KEITH HOTTLE
CLERK

CAUSE NO. 04-15-00640-CR

| | | |
|---|---|---|
| EDUARDO REYES, | § | IN THE COURT OF APPEALS |
|     Appellant | § | 4th COURT OF APPEALS |
| VS. | § | IN SAN ANTONIO, TEXAS |
| | § | |
| THE STATE OF TEXAS, | § | 4th JUDICIAL DISTRICT |
|     Appellee | | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/22/15 5:13:36 PM
KEITH E. HOTTLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, EDUARDO REYES, Appellant, and files this Motion for Extension of Time to File Appellant's Brief, pursuant to Rules 10.5(b) and 38.6(d), Texas Rules of Appellate Procedure. In support of this Motion, Appellant would show the following:

### I.

Appellant's brief is due to be filed on December 21, 2015. Counsel for Appellant requires an extension of thirty (30) days within which to complete and file Appellant's brief in this cause. This is Appellant's first request for extension of time.

### II.

Counsel for Appellant has worked diligently on the brief since receiving the record, but has been unable to complete it for the following reasons:

1. Counsel for Appellant had numerous, previously set, pretrial and trial settings in the county and district criminal courts of Bexar County, Texas, and in the United States District Court, Western District of Texas — San Antonio

Division.

III.

This request is not made for the purpose of delay, but rather this request is made to allow counsel adequate time to prepare Appellant's Brief. Appellant moves this Court for an order granting an extension of thirty (30) days, or until January 21, 2016, for Appellant to submit the brief in this case.

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court for an order granting an extension of thirty (30) days for Appellant to submit the brief in this case.

Respectfully submitted,

Robert F. Gebbia
Law Offices of William T. Reece, Jr.
107 Woodward Place
SAN ANTONIO, TX 78204
Tel: (210) 225-7555
Fax: (210) 226-3596

By: _____/s/_____
Robert F. Gebbia
State Bar No. 24054162
lawofficewmreece@gmail.com
Attorney for Appellant

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9 of the Texas Rules Appellate Procedure, the undersigned counsel of record certifies that the motion contains 503 words.

/s/
Robert F. Gebbia

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Brief was delivered via email to the Bexar County District Attorney's Office, Appellate Division, 101 W. Nueva, 4th Floor, San Antonio, Texas 78205, to: Jeanette.Canales@bexar.org on this the 21st day of December, 2015.

/s/
Robert F. Gebbia

CAUSE NO. 04-15-00640-CR

EDUARDO REYES,
    Appellant
VS.

THE STATE OF TEXAS,
    Appellee

§
§
§
§
§
§

IN THE COURT OF APPEALS

IN SAN ANTONIO, TEXAS

4th JUDICIAL DISTRICT

## **ORDER**

On this the _____ day of _____, 2015 , came on to be heard the

Appellant's Motion for Extension of Time to File Appellant's Brief and the Court is

of the opinion that this Motion should be:

GRANTED, and the deadline for filing the Appellant's brief in Cause No. 04-

15-00640-CR is extended to_____, 2016.

DENIED, to which action of the Court the Appellant objects.

SIGNED this the_____day of_____, 2015.


                                _____

                                JUDGE PRESIDING